| AO 10<br>Rev. 1/2018 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2017 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Bough, Stephen R. | 2. Court or Organization<br><br>U.S. District Court - Western District of Missouri | 3. Date of Report<br><br>5/2/2018 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Article III Judge, Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination　　　Date<br>☐ Initial　　☑ Annual　　☐ Final<br><br>5b. ☐　Amended Report | 6. Reporting Period<br><br>01/01/2017<br>to<br>12/31/2017 |

| 7. Chambers or Office Address<br><br>U.S. Courthouse<br>400 E. 9th Street, Suite 7462<br>Kansas City, MO 64106 | **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.* |
|---|---|

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐　NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Vice President | Federal Bar Association - Western District of Missouri and District of Kansas |
| 2. | Board member | UMKC Law Foundation |
| 3. | Board member | Lawyers Encouraging Academic Performance |
| 4. | Advisory Board | Second Chance |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐　NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2014 | Blake Heath purchased the assets of The Law Offices of Stephen R. Bough with a written agreement for 25% of the contingent fee at the end of the litigation |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bough, Stephen R. | 5/2/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2017 | Blake Heath Trial Attorney LLC, pursuant to the written agreement referenced in Part II. The agreeement is a fixed percenteage of the contingent fee. | $6,776.60 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2017 | Lewis Rice, salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Missouri Association of Trial Lawyers | June 22 - 24, 2017 | Lake of the Ozarks, MO | Teach CLE | Hotel |
| 2. | Attorney's Information Exchange Group | November 8 - 10, 2017 | Chicago, IL | Judge Mock Trial | Transportation, Hotel |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Pembroke Hill | Tuition Agreement | K |
| 2. | Dept. of Educaiton - Direct Loan MOHELA | Student Loan | L |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bough, Stephen R. | 5/2/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. 529 Plan - ▇ (H) | | | | | | | | | |
| 2. - Invest Ed Balanced PRT A | C | Dividend | K | T | | | | | |
| 3. - Ivy Limited-Term Bond E | A | Dividend | K | T | | | | | |
| 4. Roth IRA - ▇ (H) | | | | | | | | | |
| 5. - Ivy Fund - High Income A | B | Dividend | K | T | | | | | |
| 6. - Ivy Fund - Small Cap Fund A | A | Dividend | J | T | | | | | |
| 7. - Ivy Global Income Alloc A | A | Dividend | K | T | | | | | |
| 8. - Ivy Global Real Estate A | A | Dividend | K | T | | | | | |
| 9. - Ivy Managed Inter Opp A | A | Dividend | K | T | | | | | |
| 10. - Ivy Mid Cap Income Opp A | A | Dividend | J | T | | | | | |
| 11. - Ivy Limited-Term Bond A | C | Dividend | M | T | | | | | |
| 12. Simple 401K - ▇ (H) | | | | | | | | | |
| 13. - Ivy Fund Dividend Opp A | B | Dividend | K | T | | | | | |
| 14. - Ivy Fund High Income A | B | Dividend | K | T | | | | | |
| 15. - Ivy Global Income Alloc A | A | Dividend | K | T | | | | | |
| 16. - W & R Adv Core Invest A | B | Dividend | | | Sold | 10/13/17 | K | | |
| 17. - Ivy Euro Opp A | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bough, Stephen R. | 5/2/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  - Ivy Core Equity A | A | Dividend | K | T | Buy | 10/13/17 | K | | |
| 19.  JTN TOD - ▆▆▆▆▆ (H) | | | | | | | | | |
| 20.  - Ivy Core Equity A | A | Dividend | K | T | Buy | 10/13/17 | K | | |
| 21.  - Ivy Fund Small Cap A | A | Dividend | K | T | | | | | |
| 22.  - Ivy Managed Intern Opp A | A | Dividend | J | T | | | | | |
| 23.  - W & R Adv Core Invest A | C | Dividend | | | Sold | 10/13/17 | K | | |
| 24.  - Ivy Tax-Managed Equity A | A | Dividend | J | T | | | | | |
| 25.  - Ivy Apollo Multi-Asset Income A | A | Dividend | J | T | | | | | |
| 26.  - Ivy Limited-Term Bond A | A | Dividend | | | Sold | 01/26/17 | K | | |
| 27.  529 Plan - ▆▆▆▆ (H) | | | | | | | | | |
| 28.  - Ivy Limited-Term Bond E | B | Dividend | K | T | Sold (part) | 07/19/17 | K | | |
| 29.  Exclusive K - ▆▆ (H) | | | | | | | | | |
| 30.  - Ivy Fund Small Cap A | A | Dividend | K | T | | | | | |
| 31.  - Ivy Euro Opp A | A | Dividend | K | T | | | | | |
| 32.  - Ivy Apollo Multi-Asset Income A | B | Dividend | L | T | Buy | 07/18/17 | K | | |
| 33.  - Ivy Limited-Term A | A | Dividend | J | T | Sold (part) | 07/18/17 | L | | |
| 34.  - Ivy Science and Tech A | C | Dividend | K | T | Buy | 07/18/17 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bough, Stephen R. | 5/2/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Roth IRA - ▨ (H) | | | | | | | | | |
| 36. - W & R Adv Continental Inc A | A | Dividend | J | T | | | | | |
| 37. - W & R Adv High Income A | A | Dividend | J | T | | | | | |
| 38. - W & R Advisors New Concepts A | A | Dividend | J | T | | | | | |
| 39. - W & R Advisors Science & Tech A | A | Dividend | J | T | | | | | |
| 40. - W & R Advisors Small Cap A | A | Dividend | J | T | | | | | |
| 41. UTMA - ▨ (H) | | | | | | | | | |
| 42. - Ivy Limited-Term Bond A | A | Dividend | J | T | Sold (part) | 10/04/17 | J | | |
| 43. Individual TOD - ▨ (H) | | | | | | | | | |
| 44. - Ivy Limited-Term Bond A | A | Dividend | | | Sold | 11/10/17 | J | | |
| 45. Missouri Bank & Trust | A | Int./Div. | K | T | | | | | |
| 46. Lewis Rice Profit Sharing BOK Financial TRP Retire 2035 | A | Dividend | K | T | | | | | |
| 47. Lewis Rice 401K BOK Financial TRP Retire 2035 | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bough, Stephen R. | 5/2/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Stephen R. Bough**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544